No. 339. MILLER ET AL. *v.* BOARD OF COUNTY COMMISSIONERS OF THE CITY AND COUNTY OF DENVER ET AL. Jurisdictional statement submitted September 9, 1933. Decided October 9, 1933. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937); *Jett Bros. Co.* v. *Carrollton*, 252 U.S. 1, 5, 6. Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c)

Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Frederick E. Dickerson* for appellants. No appearance for appellees.